

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| **MELANIE GARCIA,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:04CV189 (TH) |
| | § | JURY |
| **WAL-MART STORES, INC.** and | § | |
| **WAL-MART SUPERCENTER,** | § | |
| | § | |
| *Defendants.* | § | |

# ORDER ACKNOWLEDGING DISMISSAL
# BY STIPULATION AND CLOSING CASE

Before the Court is a *Stipulation of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41* [Clerk's Docket No. 23] filed July 19, 2005 by plaintiff Melanie Garcia and the Wal-Mart defendants. Rule 41(a)(1) of the FEDERAL RULES OF CIVIL PROCEDURE provides that "an action may be dismissed by the plaintiff without order of the court . . . by filing a stipulation of dismissal signed by all parties who have appeared in the action."

The Court hereby **ACKNOWLEDGES** that plaintiff Melanie Garcia has dismissed her claims against the Wal-Mart defendants with prejudice by stipulation.

**IT IS THEREFORE ORDERED** that all costs shall be borne by the party incurring same.

**IT IS FURTHER ORDERED** that the clerk is **DIRECTED** to close this case file.

**SO ORDERED.**

**SIGNED** this the **20** day of **July, 2005.**

_____
Thad Heartfield
United States District Judge